DAVID A. HUBBERT
Acting Assistant Attorney General

NITHYA SENRA (CABN 291803)
U.S. Department of Justice, Tax Division
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 307-6570
Fax: (202) 307-0054
E-mail: nithya.senra@usdoj.gov

BRIAN STRETCH
United States Attorney
*Of Counsel*

*Attorneys for Plaintiff*




IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

YOKO KATO,

Defendant.

Case No. 4:17-cv-00660-YGR

NOTICE OF VOLUNTARY DISMISSAL

The United States of America, pursuant to Fed. R. Civ. P. 41(a)(1), hereby files this Notice of Voluntary Dismissal of this action. On July 28, 2017, the United States of America received a personal check (i.e. non-certified funds) from defendant Yoko Kato, in the amount of $105,085.49, which has fully satisfied the outstanding balance of the FBAR civil penalty assessments, including statutory interest and applicable late payment penalties, relating to the years 2006, 2007 and 2008.

The sole claim for relief sought to reduce to judgment the 2006, 2007 and 2008 FBAR civil penalty assessments, associated interest and late payment penalties. Now the United States dismisses this action without prejudice.

DATED this 8th day of August, 2017.

Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Nithya Senra*
NITHYA SENRA, CA SBN 291803
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
Phone: (202) 307-6570
Fax: (202) 307-0054
Nithya.Senra@usdoj.gov

BRIAN A. STRETCH
United States Attorney
*Of Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of August, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, I hereby certify that on the same date I have caused to be mailed the document by United States Postal Service to the following non-CM/ECF participants:

Yoko Kato
625 Greenwich Street
San Francisco, CA 94133

On this same date, I sent a courtesy copy of the aforementioned filing via electronic mail to the following: Yoko Kato, ziggiek@yahoo.com; Basil J. Boutris, basil@vaughtboutris.com.

*/s/ Nithya Senra*
NITHYA SENRA
Trial Attorney
United States Department of Justice, Tax Division